UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ICON TRANSPORTATION CO., INC. | ) CASE NO. 08-07924-JKC-11 |
| | ) |
| Debtor. | ) |

## MOTION TO DISMISS BANKRUPTCY PROCEEDING

ICON Transportation Co., Inc., debtor herein, by counsel, respectfully moves the court to dismiss the above-captioned Chapter 11 proceeding for the reason that the relief sought is no longer necessary.

WHEREFORE, ICON Transportation Co., Inc., prays that its Chapter 11 bankruptcy proceeding be dismissed, and for any and all other relief just and proper in the premises.

HOSTETLER & KOWALIK, P.C.


By: */s/ David R. Krebs*
     David R. Krebs

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following counsel of record by electronic transmission or first class United States Mail, postage prepaid, this 23rd day of October, 2008:

Laura DuVall
United States Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

Fifth Third Bank
c/o Mark R. Wenzel
Alicia Mitchell Chandler
KRIEG DeVAULT, LLP, Suite 2800
One Indiana Square
Indianapolis, IN 46204-2017

Allen Furrer
18621 Verona Lago Drive
Miromar Lakes, FL 33913

Michael Thomas Ellis
Ellis Law Offices
417 Wabash Avenue
Terre Haute, IN  47807

Michael S. Kogan
Ervin, Cohen & Jessup, LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA  90212-2974

David J. Jurkiewicz
BOSE McKINNEY & EVANS
2700 First Indiana Plaza
135 North Pennsylvania Street
Indianapolis, IN 46204

**Unsecured Creditors' Committee:**

**Chairperson**
Keith Dixon, Credit Manager
Star Leasing Co.
4080 Business Park Drive
Columbus, OH 43204
keith.dixon@starleasing.com

Tracie Taylor, President/CFO
DMS Distribution
P.O. Box 3049
Terre Haute, IN 47803
mnttaylor@aol.com

Timothy O'Conner, President
Blue Line Security Systems, Inc.
P.O. Box 17072
Indianapolis, IN 46217
bluelineone2002@yahoo.com

　　　　　　　　　　　　　　　　/s/ David R. Krebs
　　　　　　　　　　　　　　　　　　　David R. Krebs

HOSTETLER & KOWALIK, P.C.
101 West Ohio Street, Suite 2100
Indianapolis, Indiana 46204-4211
(317) 262-1001